Nathan, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 17 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO TEJADA, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

                Defendant.

1:16-cv-00605-AJN

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice.

Dated: January 9, 2017

FOR PLAINTIFF

/s/ Joshua D. Arisohn
Joshua D. Arisohn
BURSOR & FISHER, P.A.
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

FOR DEFENDANT

/s/ Aaron R. Easley
Aaron R. Easley
SESSIONS, FISHMAN, & NATHAN & ISRAEL LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: 908-237-1660
Facsimile: 908-237-1663
Email: aeasley@sessions-law.biz

SO ORDERED: 1/17/17

_____
U.S.D.J.